[Cite as *Mundo v. Unknown*, 2011-Ohio-4377.]



# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

ROSALYN MUNDO

    Plaintiff

    v.

UNKNOWN

    Defendant

Case No. 2011-04916-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶1} On March 30, 2011, the court issued a Return of Complaint Form/Direction to Complete Form ordering plaintiff to file a corrected complaint providing the name and address of an appropriate defendant. Plaintiff was also was ordered to either pay the $25 filing fee or to file a poverty statement. Plaintiff has failed to comply with the court orders. Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41(B)(1). The court shall absorb the costs of this case.

_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Rosalyn Mundo
8601 Rosewood Avenue
Cleveland, Ohio 44105

DRB/laa
Filed 5/26/11
Sent to S.C. reporter 8/26/11